UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. BONTEMPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. LAWAYA,<br><br>　　　　　Defendant. | No. 2:16-cv-2424 CKD P<br><br><br>ORDER |

On April 10, 2017, the court ordered that plaintiff pay the $400 filing fee for this action within 14 days. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

Dated: May 3, 2017

　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

bont2424.dis

---

[1] Plaintiff has consented to have all matters in the case before a United States Magistrate Judge. See 28 U.S.C. § 636(c).